**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Duane-Cody Carlson,<br><br>          Plaintiff,<br><br>v.<br><br>Devrie Breanne Carlson,<br><br>          Defendant. | No. CV-22-08204-PCT-GMS<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Seal Case (Doc. 1). For the following reasons, the motion is denied.

According to the Local Rules, "The court may order the sealing of any document pursuant to a motion, stipulation, or the Court's own motion . . . Any motion or stipulation to file a document under seal must set forth a clear statement of the facts and legal authority justifying the filing of the document under seal." L.R.Civ. 5.6. Plaintiff's "motion to seal case" fails to set forth a clear statement of facts and legal authority justifying sealing the entire case, as required by Local Rule 5.6.

Additionally, there is a "strong presumption in favor of access" to judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Generally, the party seeking to seal a filing must demonstrate "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosures." *Id.* at 1178-79 (internal quotation marks and citations omitted).

Then, the Court must "balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (internal quotation marks omitted). In this case, Plaintiff fails to present any compelling reasons or factual findings to support sealing the entire case. Therefore, he cannot overcome the presumption in favor of public access to judicial records. Accordingly, Plaintiff's motion to seal is denied.

Nevertheless, because the lodged Complaint contains the names of minor children, it shall not be filed. Plaintiff therefore must submit a new complaint that complies with Federal Rule of Civil Procedure 5.2 and includes only the minor's initials. Fed. R. Civ. P. 5.2(a).

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Seal Case (Doc. 1) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Lodged at Doc. 2) shall **not** be filed by the Clerk of Court. Plaintiff may, within ten days of this order, resubmit the document for filing in the public record.

Dated this 7th day of December, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge